# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION |
| | NO. 09-262 |
| v. | |
| TAVARIS THURMON, | CIVIL ACTION |
| | NO. 20-2685 |

## O R D E R

**AND NOW**, this 23rd day of February, 2024, upon careful and independent consideration of the Motion to Set Aside, Vacate or Correct a Sentence; and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey; and there being no timely objection filed, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The motion to vacate, set aside, or correct a sentence is **DENIED**.

3. There is no basis for the issuance of a certificate of appealability.

The Clerk of Court is directed to **TERMINATE** Civil Action No. **20-2685** and mark it **CLOSED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**